**FILED**

**JUDGMENT ENTERED**

_____
Date
by _____A. Timken_____
Deputy Clerk
U.S. District Court
Eastern District of California
__XX___ FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROLANDO CIFUENTES,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:07-CV-1624 OWW/GSA

CHARLIE MARLOW
CHRISTINE MARLOW,

       Defendants,
_____/

       JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. By their verdict the jury awarded plaintiff $85,600.00 on his complaint and awarded defendant $1575.00 on their counterclaim.

       IT IS HEREBY ORDERED AND ADJUDGED that based on the verdicts of trial jury returned in open court 3/26/2009, judgment is entered in favor of Plaintiff in the amount of $84,025.00.

DATED: March 27, 2009

                                         VICTORIA C. MINOR, Clerk

                                         /S/ Alice Timken
                             By:
                                         Deputy Clerk

jgm.civ
2/1/95